# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 488 EAL 2021

      Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court

      v. :

KEVIN WHITE, :

      Petitioner :


COMMONWEALTH OF PENNSYLVANIA, : No. 489 EAL 2021

      Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court

      v. :

KEVIN WHITE, :

      Petitioner :


COMMONWEALTH OF PENNSYLVANIA, : No. 490 EAL 2021

      Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court

      v. :

KEVIN WHITE, :

      Petitioner :

**ORDER**

**PER CURIAM**

      **AND NOW**, this 16th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.